UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BMO BANK N.A., a national banking association,<br><br>Plaintiff,<br><br>vs.<br><br>R AND J DIRTWORKS INC, JEREMY CHASTAIN, and RANDAL HIBMA,<br><br>Defendants. | NO. 2:25-CV-01775-RSM<br><br>ORDER GRANTING PLAINTIFF BMO BANK N.A.'S MOTION FOR DEFAULT JUDGMENT |

## I.    ORDER

This matter comes before the Court on Plaintiff BMO Harris Bank N.A.'s ("Plaintiff" or "BMO Harrris") Motion for Default Judgment against Defendants R And J Dirtworks Inc ("Borrower") ("Borrower"), Jeremy Chastain ("Chastain"), and Randal Hibma ("Hibma" and together with Chastain, "Guarantors" and all together with Borrower, the "Defendants").

Defendants have not filed an answer in this action or otherwise pled in the time required by law. Plaintiff requested the Clerk enter default against Defendants [DE # 8] and default against Defendants was duly entered on December 31, 2025. [DE # 11]. For the reasons that follow, the Court GRANTS Plaintiff's Motion.

ORDER GRANTING PLAINTIFF BMO
BANK N.A.'S MOTION FOR DEFAULT        - 1 -
JUDGMENT

The Court finds adequate support in the record for the amounts sought by Plaintiff. Accordingly, the Court grants to Plaintiff damages of $936,936.39. Further, this Court grants delinquency charges of $445.61 per day from July 24, 2025, to the date of this Order, which adds $155,517.89 to the amount due under the parties' Lease. Finally, this Court awards Plaintiff $7,641.75 in attorneys' fees and costs, bringing the total award to $1,100,096.03.

DATED this 7th day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PLAINTIFF BMO
BANK N.A.'S MOTION FOR DEFAULT        - 2 -
JUDGMENT